# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00362-CV

**In re Steve Bauserman**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Steve Bauserman has filed a petition for a writ of mandamus challenging the district court's May 29, 2007 order on his motion to compel production of documents. We deny the petition for writ of mandamus. Tex. R. App. P. 52.

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Pemberton and Waldrop

Filed: August 17, 2007